IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08-4041-01-CR-C-SOW |
| ) | |
| ROBERT LEE ELDRIDGE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before this Court is the Report and Recommendation (Doc. # 18) of United States Magistrate Judge William A. Knox regarding defendant Robert Lee Eldridge's entry of a plea of guilty. On February 5, 2009, the defendant, by consent, appeared before U.S. Magistrate Judge William A. Knox and entered a plea of guilty to Count One of the indictment filed on September 12, 2008. After cautioning and examining the defendant, under oath, concerning each of the subjects mentioned in Rule 11, it was determined that the guilty plea was made with full knowledge of the consequences of pleading guilty, was voluntary and that the offense to which the defendant has plead guilty is supported by a factual basis for each of the essential elements of the offense.

Accordingly, pursuant to the Report and Recommendation submitted, it is hereby

ORDERED that defendant Eldridge's plea of guilty shall be accepted. Defendant Eldridge shall be adjudged guilty and have sentence imposed accordingly. It is further

ORDERED that a pre-sentence investigation report be prepared on defendant as soon as possible.

        \_\_\_/s/ Scott O. Wright_____
        SCOTT O. WRIGHT
        Senior United States District Judge

Dated: \_\_2/11/2009_____